FILED

07 JAN -9 PM 1:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN H. DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, JAMES CADY, M.E. GENARA, D. COLLINS and DOES 1-20,<br><br>    Defendants. | No. 05-cv-1130-WQH(NLS)<br><br>[PROPOSED] ORDER SEALING DOCUMENTS<br><br>Date:       January 19, 2007<br>Time:      2:30 p.m.<br>Dept:      Courtroom of the Hon. William Q. Hayes -- Courtroom 4<br>Trial Date: February 6, 2007 |

For good cause appearing,

IT IS HEREBY ORDERED THAT defendants' Memorandum of Points and Authorities in Supports of Defendants' Motion in Limine Number 1 of 4 (To Exclude Evidence Regarding Alleged Prior Bad Acts) and defendants' Memorandum of Points and Authorities in Support of Defendants' Motion in Limine Number 2 of 4 (To Exclude Evidence Regarding Deputy Genera's Pre-Employment Test Results) be sealed and made available only to the court or counsel to this action. The documents may not be copied or examined except in compliance with the attached Protective Order re: Sheriff's Department Personnel Records filed May 30, 2006.

Dated: 1/8/07

_____
WILLIAM Q. HAYES, U.S. District Court Judge

05-cv-1130-WQH(NLS)